WO

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 8 2007

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>          Plaintiff,            )<br>                                    )<br>vs.                              )<br>                                    )<br>Ivan J. Villagrana,            )<br>          Defendant.            )<br>_____) | CR 06-956-1-PHX-FJM<br><br><br><br><br>**ORDER** |

A pretrial revocation hearing on the petition on violation of release conditions was held on May 23, 2007.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that the Defendant has not demonstrated by clear and convincing evidence that he is not a danger to the community

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 8th day of June, 2007.

Lawrence O. Anderson
United States Magistrate Judge